UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROGER GIANI, | ) | Case No. CV 11-3556 JC |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| DONALD H. BLEVINS, | ) ) | |
| Respondent. | ) ) | |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: April 26, 2012

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

1