UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIANI, | Case No. CV 11-3556 JC |
| Petitioner, | |
| v. | JUDGMENT |
| DONALD H. BLEVINS, | |
| Respondent. | |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: April 26, 2012

/s/
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

1